IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| MALIBU MEDIA, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 1:19-cv-624 |
| | ) |
| ALEXANDER WRIGHT, | ) |
| | ) |
| Defendant. | ) |

**ORDER**

THIS MATTER comes before the Court on Defendant's Motion to Dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6). It appearing to the Court that Plaintiff has stated a claim upon which recovery may be had, it is hereby

ORDERED that Defendant's Motion to Dismiss is DENIED.

/s/ Claude M. Hilton
CLAUDE M. HILTON
UNITED STATES DISTRICT JUDGE

Alexandria, Virginia
September 30, 2019